GARY M. BUFF, Acting Regional Solicitor
BARBARA A. MATTHEWS, Counsel for ERISA
California State Bar No. 195084
**JAN M. COPLICK, Senior Trial Attorney**
California State Bar Number 124053
E-mail: sol-sf@dol.gov
United States Department of Labor
Office of the Solicitor
71 Stevenson Street, Suite 1110
San Francisco, California 94105
Telephone: (415) 975-4498
Facsimile: (415) 975-4495

Attorneys for Elaine L. Chao, Secretary
United States Department of Labor, Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> GKO & ASSOCIATES, INC., a California corporation; GKO Consulting Engineers, Inc. a California corporation; JAMES WINZLER, an individual; GREGG OKAMITSU, an individual; YAN KAM-WING, an individual; and GKO & ASSOCIATES 401(k) SAVINGS AND PROFIT SHARING PLAN, an employee pension benefit plan, <br><br> Defendants. | Case No.: Docket No.C-05-02202 JSW <br><br> STIPULATION REQUESTING COURT TO EXTEND TIME FOR FILING OF DEFENDANT OKAMITSU AND YAN'S RESPONSIVE PLEADINGS, PARTIES' INITIAL DISCLOSURES, RULE 26(f) JOINT REPORT, AND TO POSTPONE DATE FOR CASE MANAGEMENT CONFERENCE TO PERMIT PARTIES TO CONTINUE SETTLEMENT NEGOTIATIONS and ~~PROPOSED~~ ORDER |

Pursuant to Rules 7-1.a.5, 7-12 and 16-1 of the Local Rules of Court, it is HEREBY STIPULATED between Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Secretary") and Defendants GREGG OKAMITSU ("Okamitsu") and YAN KAM-WING ("Yan"), all three hereinafter referred to collectively as the "Parties", as follows:

1. The Secretary and Defendants Okamitsu and Yan have been engaged in meaningful settlement discussions and, in order to allow these settlement discussions to proceed constructively the Parties hereby file this Stipulation requesting an extension of the applicable deadlines for filing conference statements, completing initial disclosures

*Stipulation Requesting Extension of Time to File Responsive*
*Pleadings and Joint Case Management Statement, and Seeking Postponement of Case Management Conference*

1

and Rule 26(f) reports, and holding the case management conference. Any such extensions and continuances granted by the Court will be applicable only to the specific Parties entering into this Stipulation.

2.  The Secretary and Defendants Okamitsu and Yan stipulate to an extension of the due date for the said Defendants' responsive pleadings, originally due on October 24, 2005, to November 15, 2005;

3.  The Parties hereby stipulate to a continuance of the date for the Case Management Conference from Friday, October 7, 2005, for an additional 60 days, to Friday, December 9, 2005, to allow the Parties to continue settlement negotiations.

4.  The Parties hereby stipulate that the dates for their conference and initial disclosures under Rule 26(f) and their filing deadlines for the joint Case Management Statement similarly be extended for 60 days, the latter from the originally scheduled date of October 1, 2005 to December 1, 2005.

5.  Those defendants who are not parties to this Stipulation, namely defendants GKO & ASSOCIATES, INC., GKO Consulting Engineers, Inc., JAMES WINZLER, and GKO & ASSOCIATES 401(k) SAVINGS AND PROFIT SHARING PLAN, have all duly executed and returned waivers of service herein, requiring them to file an answer or motion under Rule 12 on or before August 26, 2005, however, as of this writing, the Secretary has not been served with any such answers or motions from these defendants.

**FOR DEFENDANTS:**

Dated: September ____, 2005            _____
                                       DOUGLAS MURKEN, Counsel for defendants
                                       GREGG OKAMITSU and YAN KAM-WING

**FOR PLAINTIFFS:**

Dated: September ____, 2005            _____
                                       JAN M. COPLICK, Counsel for plaintiff ELAINE
                                       L. CHAO, Secretary of Labor, U.S. Department of
                                       Labor

*Stipulation Requesting Extension of Time to File Responsive*
*Pleadings and Joint Case Management Statement, and Seeking Postponement of Case Management Conference*

2

1  Responsive pleadings by defendants GREGG OKAMITSU and YAN KAM-WING must
2  be filed by November 15, 2005. The Secretary, defendants OKAMITSU and YAN shall file their
3  Rule 26(f) Joint Conference Statement and Case Management Statement by December 1, 2005.
4  The Case Scheduling Conference, originally scheduled for Friday, October 7, 2005, shall be held
5  on Friday, December 9, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 22, 2005

*Jeffrey S. White*

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*Stipulation Requesting Extension of Time to File Responsive*
*Pleadings and Joint Case Management Statement, and Seeking Postponement of Case Management Conference*

3