LAWRENCE BREWSTER, Acting Regional Solicitor
DANIEL J. CHASEK, Acting Counsel for ERISA
California State Bar Number 186968
**JAN M. COPLICK, Senior Trial Attorney**
California State Bar Number 124053
E-mail: sol-sf@dol.gov
United States Department of Labor
Office of the Solicitor
71 Stevenson Street, Suite 1110
San Francisco, California 94105
Telephone: (415) 975-4498
Facsimile: (415) 975-4495

Attorneys for Elaine L. Chao, Secretary
United States Department of Labor, Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the United States Department of Labor,<br><br>        Plaintiff,<br>  vs.<br><br>GKO & ASSOCIATES, INC., a California corporation; GKO Consulting Engineers, Inc. a California corporation; JAMES WINZLER, an individual; GREGG OKAMITSU, an individual; YAN KAM-WING, an individual; and GKO & ASSOCIATES 401(k) SAVINGS AND PROFIT SHARING PLAN, an employee pension benefit plan,<br><br>        Defendants. | Case No.: Docket No.C-05-02202 JSW<br><br>STIPULATION REQUESTING COURT TO FURTHER EXTEND TIME FOR FILING OF DEFENDANT OKAMITSU AND YAN'S RESPONSIVE PLEADINGS, PARTIES' INITIAL DISCLOSURES, RULE 26(f) JOINT REPORT, AND TO POSTPONE DATE FOR CASE MANAGEMENT CONFERENCE TO PERMIT PARTIES TO CONTINUE SETTLEMENT NEGOTIATIONS and<br>PROPOSED ORDER |

      Pursuant to Rules 7-1.a.5, 7-12 and 16-1 of the Local Rules of Court, it is HEREBY STIPULATED between Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Secretary") and Defendants GREGG OKAMITSU ("Okamitsu") and YAN KAM-WING ("Yan"), all three hereinafter referred to collectively as the "Parties", as follows:

      1.      The Secretary and Defendants Okamitsu and Yan have continued to be engaged in meaningful settlement discussions and, in order to allow these settlement discussions to proceed constructively, the Parties hereby file this Stipulation requesting a further

extension of the applicable deadlines set by the Court in its Order of September 20, 2005, for filing conference statements, completing initial disclosures and Rule 26(f) reports, and holding the case management conference. Any such extensions and continuances granted by the Court were and will be applicable only to the specific Parties entering into this Stipulation.

2. The Secretary and Defendants Okamitsu and Yan stipulate to a further extension to January 15, 2006 of the due date for the said Defendants' responsive pleadings, which are currently due to be filed on November 15, 2005;

3. The Parties hereby stipulate to a continuance of the date for the Case Management Conference from Friday, December 9, 2005, to Friday, January 27, 2006 - a period of 49 days - to allow the Parties to continue settlement negotiations.

4. The Parties hereby stipulate that the dates for their conference and initial disclosures under Rule 26(f) and their filing deadlines for the joint Case Management Statement be extended accordingly.

5. Defendants GKO & ASSOCIATES, INC., GKO Consulting Engineers, Inc. and JAMES WINZLER, who are not parties to this Stipulation, have executed and returned waivers of service of summons herein, requiring them to file an answer or responsive under Rule 12 on or before August 26, 2005, yet have failed to file any such answer or motion as of the date of this writing. The Secretary has had Default entered herein against these Defendants by the Clerk of the Court.

\ \

\ \

\ \

\ \

\ \

6. Defendant GKO & ASSOCIATES 401(k) SAVINGS AND PROFIT SHARING PLAN, also not a party to this Stipulation, was served with process by the Secretary on October 26, 2005.

**FOR DEFENDANTS:**

Dated: November ____, 2005                       _____
                                                  DOUGLAS MURKEN, Counsel for defendants
                                                  GREGG OKAMITSU and YAN KAM-WING

**FOR PLAINTIFFS:**

Dated: November ___, 2005                        _____
                                                  JAN M. COPLICK, Counsel for plaintiff ELAINE
                                                  L. CHAO, Secretary of Labor, U.S. Department of
                                                  Labor

Responsive pleadings by defendants GREGG OKAMITSU and YAN KAM-WING must be filed by January 15, 2006. The Case Scheduling Conference, currently scheduled for Friday, December 9, 2005, shall be held on Friday, January 27, 2006, and the Plaintiff Secretary, and defendants OKAMITSU and YAN shall file their Rule 26(f) Joint Conference Statement and Case Management Statement accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 16, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE