IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE L CHAO,

    Plaintiff,

  v.

GKO & ASSOCIATES, et al.

    Defendants.
                           /

No. C 05-02202 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

Pursuant to Local Rule 72-1, Plaintiff's Motion for Entry of Default Judgment by Court Against Defendants GK) & Associates, Inc., GKO Consulting Engineers, Inc., James Winzler, and GKO & Associates 401(k) Savings and Profit Sharing Plan, is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date of January 13, 2006, is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: January 3, 2006

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE

cc: Wings Hom