LAWRENCE BREWSTER, Acting Regional Solicitor
DANIEL J. CHASEK, Acting Counsel for ERISA
California State Bar Number 186968
**JAN M. COPLICK, Senior Trial Attorney**
California State Bar Number 124053
E-mail: sol-sf@dol.gov
United States Department of Labor
Office of the Solicitor
71 Stevenson Street, Suite 1110
San Francisco, California 94105
Telephone: (415) 975-4498
Facsimile: (415) 975-4495

Attorneys for Elaine L. Chao, Secretary
United States Department of Labor, Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the United States Department of Labor, <br><br> Plaintiff, <br> vs. <br><br> GKO & ASSOCIATES, INC., a California corporation; GKO Consulting Engineers, Inc. a California corporation; JAMES WINZLER, an individual; GREGG OKAMITSU, an individual; YAN KAM-WING, an individual; and GKO & ASSOCIATES 401(k) SAVINGS AND PROFIT SHARING PLAN, an employee pension benefit plan, <br><br> Defendants. | Case No.: Docket No.C-05-02202 JSW <br><br> STIPULATION REQUESTING COURT TO FURTHER EXTEND TIME FOR FILING OF DEFENDANT OKAMITSU AND YAN'S RESPONSIVE PLEADINGS, PARTIES' INITIAL DISCLOSURES, RULE 26(f) JOINT REPORT, AND TO POSTPONE DATE FOR CASE MANAGEMENT CONFERENCE TO PERMIT PARTIES TO CONTINUE SETTLEMENT NEGOTIATIONS and ~~PROPOSED~~ ORDER |

Pursuant to Rules 7-1.a.5, 7-12 and 16-1 of the Local Rules of Court, it is HEREBY STIPULATED between Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Secretary") and Defendants GREGG OKAMITSU ("Okamitsu") and YAN KAM-WING ("Yan"), collectively the "Parties", as follows:

1. The Secretary and Defendants Okamitsu and Yan have continued to engage in productive settlement discussions. However, the accounting of the GKO & ASSOCIATES 401(k) SAVINGS AND PROFIT SHARING PLAN (the "Plan") has been so long neglected and is in such disarray that further meaningful settlement discussions

*Stipulation Requesting Further Extension of Time to File Responsive Pleadings and Joint Case Management Statement, and Seeking Postponement of Case Management Conference*       *Page-* 1

with these two defendants cannot proceed further without the appointment of an Independent Fiduciary to the Plan to administer and update the Plan accounts.

2. The appointment of such an Independent Fiduciary is one of the key remedies sought by the Secretary in her pending Application for Default Judgment Against Certain Defendants[1] filed herein on December 29, 2006 and set for hearing on February 10, 2006.

3. The parties hereto therefore seek to continue the applicable litigation deadlines until after the Plan accounts have been updated by an Independent Fiduciary following his or her appointment by the Court, so that settlement discussions can thereafter be resolved.

2. In order to effect this result, the Parties hereby file this Stipulation requesting a further extension of the applicable deadlines set by the Court in its Order of September 20, 2005, for filing conference statements, completing initial disclosures and Rule 26(f) reports, and holding the case management conference. Any such extensions and continuances granted by the Court were and will be applicable only to the specific Parties entering into this Stipulation.

3. The Secretary and Defendants Okamitsu and Yan stipulate to a further extension to March 15, 2006 of the due date for the said Defendants' responsive pleadings, which are currently due to be filed on January 15, 2006;

4. The Parties hereby stipulate to a continuance of the date for the Case Management Conference from Friday, January 27, 2006 to sixty (60) days following the entry of the Court's order on the Secretary's pending Application for Default Judgment Against Certain Defendants.

---

[1] Uniformity of liability between these two groups of defendants is not logically required by the facts and theories of the case, as reflected in the differing nature of the allegations against the two groups `set forth in the Secretary's Complaint. A later decision in favor of the nondefaulting Defendants, who are the parties to this Stipulation, would not be inconsistent with a previous determination of liability of the defaulting Defendants. (*Shanghai Automation Instrument Co. v. Kuei*, 194 F.Supp.2d 995 (N.D. Cal 2001.)

*Stipulation Requesting Further Extension of Time to File Responsive Pleadings and Joint Case Management Statement, and Seeking Postponement of Case Management Conference*                                         *Page-* 2

5. The Parties hereby stipulate that the dates for their conference and initial disclosures under Rule 26(f) and their filing deadlines for the joint Case Management Statement be extended accordingly.

6. Defendants GKO & ASSOCIATES, INC., GKO CONSULTING ENGINEERS, INC., JAMES WINZLER, and GKO & ASSOCIATES 401(k) SAVINGS AND PROFIT SHARING PLAN, none of whom are parties to this Stipulation, are currently the subjects of the aforementioned Secretary's Application for Default Judgment Against Certain Defendants. The said defaulting Defendants have previously had their Defaults entered against them by the Clerk of the Court.

**FOR DEFENDANTS
GREGG OKAMITSU and
YAN KAM-WING:**

Dated: January ____, 2006

_____
DOUGLAS MURKEN, Counsel for defendants
GREGG OKAMITSU and YAN KAM-WING

**FOR PLAINTIFF:**

Dated: January ___, 2006         /s/ Coplick.Jan (original Signature retained by Counsel)
JAN M. COPLICK, Counsel for plaintiff ELAINE L. CHAO, Secretary of Labor, U.S. Department of Labor

Responsive pleadings by defendants GREGG OKAMITSU and YAN KAM-WING must be filed within sixty (60) days following the entry of the Court's Order or ruling on Plaintiff's Application for Default Judgment by the Court Against Certain Defendants, filed by Plaintiff on December 29, 2006. The other deadlines shall follow accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __January 4__, 200_6_

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE