**United States District Court**

For the Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7

8 ELAINE L CHAO,        No. C-05-2202 JSW (JCS)

9     Plaintiff(s),

10   v.           **NOTICE OF REFERENCE, TIME AND PLACE OF HEARING**

11 GKO & ASSOCIATES, INC., ET AL.,  **(E-FILING CASES)**

12     Defendant(s).

13 _____/

14 TO ALL PARTIES AND COUNSEL OF RECORD:

15    The above matter has been referred to Magistrate Judge Joseph C. Spero for the preparation

16 of a Report and Recommendation regarding Plaintiff Elaine L. Chao's motion/application for default

17 judgment against Defendants GKO & Associates, Inc., GKO Consulting Engineers, Inc., James

18 Winzler, and GKO & Associates 401(k) Savings and Profit Sharing Plan (the "Motion").

19    The hearing on Plaintiff's Motion has been set for **February 17, 2006, at 9:30 a.m.**, in

20 Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

21 The opposition(s), if not already filed, shall be electronically filed and served no later than twenty-

22 one (21) days prior to the hearing.  Any reply to the opposition(s) shall be electronically filed and

23 served no later than fourteen (14) days prior to the hearing.  All documents shall be filed with the

24 Clerk's Office in compliance with Civil Local Rules 7-2 through 7-5.  Documents not filed in

25 compliance with those rules will not be considered by the Court.  Any party seeking an award of

26 attorney's fees or other expenses in connection with this motion shall file a motion in accordance

27 with Civil Local Rule 37-1(e).

28

United States District Court

For the Northern District of California

1    Law and motion matters may be submitted without argument upon stipulation of the parties
2    and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
3    L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of
4    the date for service of the opposition.  Thereafter, leave of the Court must be sought.

5    **ELECTRONIC FILING AND COURTESY COPIES**

6    Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of
7    California for information relating to electronic filing procedures and requirements.  All documents
8    shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with
9    those rules will not be considered by the Court.

10   BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC
11   FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE
12   **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'
13   COPY."  All filings of documents relating to motions referred to Magistrate Judge Spero shall list
14   the civil case number and the district court judge's initials followed by the designation "(JCS)".

15   The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
16   Federal Rule of Civil Procedure 16(f).

17   IT IS SO ORDERED.

18

19   Dated:   January 12, 2006

20

21   JOSEPH C. SPERO
     United States Magistrate Judge

22

23

24

25

26

27

28

2