UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO,<br><br>    Plaintiff,<br><br>  v.<br><br>GKO & ASSOCIATES, INC., ET AL.,<br><br>    Defendant.<br>_____/ | No. C-05-2202 JSW (JCS)<br><br>ORDER FOR ADDITIONAL MATERIAL IN SUPPORT OF DEFAULT JUDGMENT MOTION |

In its Motion for Default Judgment, Plaintiff has requested that the Court appoint Thomas A. Dillon Esq. as the independent fiduciary of the Plan. Plaintiff is requested to file with the Court a copy of Mr. Dillon's resume or curriculum vitae no later than Monday, March 20, 2006.

Dated: March 15, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge