IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, | |
| Plaintiff, | No. C 05-02202 JSW |
| v. | **ORDER REQUESTING SUPPLEMENTAL BRIEFING REGARDING APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| GKO & ASSOCIATES, INC., et al., | |
| Defendants. | |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Plaintiff's Motion for Default Judgment. Before making a final ruling on the Report, the Court requests further authority from Plaintiff regarding the following aspects of the proposed default judgment: (1) the Court's ability to enjoin Defendant Winzler from acting as a service provider as well as a fiduciary to any employee benefit plan that is covered by Title I of ERISA and why such relief is appropriate on the facts of this case; (2) Dillon's ability to "effectuate the orderly termination of the Plan," and why such relief may be necessary in this case;" and (3) the propriety of ordering payment to Dillon "from the remaining Plan assets to be borne pro rata by all of the Plan's participants and beneficiaries." Plaintiff shall file her supplemental brief in support of the requested relief by Friday, April 28, 2006.

**IT IS SO ORDERED.**

Dated: April 17, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE