IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, | |
| Plaintiff, | No. C 05-02202 JSW |
| v. | **ORDER ADOPTING REPORT & RECOMMENDATION RE PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| GKO & ASSOCIATES, INC. ET AL, | |
| Defendant. | |

This matter comes before the Court upon consideration of Magistrate Judge Spero's Report and Recommendation Re Plaintiff's Motion for Default Judgment and the Supplemental Briefing ordered by the Court on April 17, 2006. Having considered Magistrate Judge Spero's Report and Recommendation, and the lack of objections filed thereto, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. In addition, based upon the Supplemental Briefing, the Court also concludes that Plaintiff has adequately addressed the propriety of specific aspects of her proposed judgment. Accordingly, default judgment is GRANTED as to Defendants GKO & Associates, Inc., GKO Consulting Engineers, Inc., James Winzler, and GKO & Associates 401(k) Savings Plan. This matter remains pending as to Defendants Gregg Okamitsu and Yan Kam-Wing.

**IT IS SO ORDERED.**

Dated: May 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE