**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary of the United
States Department of Labor,

    Plaintiff,

v.

GKO & ASSOCIATES, INC., et al.,

    Defendants.
    /

No. C 05-02202 JSW

**ORDER SETTING CASE
MANAGEMENT CONFERENCE**

On January 4, 2006, the Court granted a stipulation between Plaintiff and Defendants Gregg Okamitsu and Yan Kam-Wing, by which the time for those Defendants to file responsive pleadings, the parties initial disclosures, and the case management conference was continued pending a ruling on Plaintiff's motion for default judgment against other defendants. Pursuant to that stipulation, Okamitsu's and Kam-Wing's responsive pleadings were to be filed within sixty days after the Court ruled the motion for default judgment.

On May 1, 2006, this Court entered a default judgment against certain defendants in this matter and in favor of Plaintiff. There has been no further activity in this case since the Court entered the default judgment.

Accordingly, the parties are HEREBY ORDERED to appear on Friday, October 27, 2006 at 1:30 p.m. for a case management conference. The parties shall submit a joint case

management conference statement by October 20, 2006.

**IT IS SO ORDERED.**

Dated: September 22, 2006

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

2