LAWRENCE BREWSTER, Regional Solicitor
DANIEL J. CHASEK, Acting Counsel for ERISA
California State Bar Number 186968
**JAN M. COPLICK, Senior Trial Attorney**
California State Bar Number 124053
E-mail: sol-sf@dol.gov
United States Department of Labor
Office of the Solicitor
71 Stevenson Street, Suite 1110
San Francisco, California 94105
Telephone: (415) 975-4498
Facsimile:  (415) 975-4495

Attorneys for Elaine L. Chao, Secretary
United States Department of Labor, Plaintiff

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the United States Department of Labor, ) | Case No.: Docket No.C-05-02202 JSW |
| Plaintiff, )  vs. ) | |
| GKO & ASSOCIATES, INC., a California corporation; GKO Consulting Engineers, Inc. a) California corporation; JAMES WINZLER, an ) individual; GREGG OKAMITSU, an ) individual; YAN KAM-WING, an individual; ) and GKO & ASSOCIATES 401(k) SAVINGS ) AND PROFIT SHARING PLAN, an ) employee pension benefit plan, ) | STIPULATION AND ORDER POSTPONING CASE MANAGEMENT CONFERENCE AND RELATED FILING DEADLINES |
| Defendants. ) | |

Pursuant to Rules 7-1.a.5,  7-12 and 16-1 of the Local Rules of Court, it is HEREBY

STIPULATED between Plaintiff Elaine L. Chao, Secretary of Labor, United States Department

of Labor ("Secretary") and Defendants GREGG OKAMITSU ("Okamitsu") and YAN KAM-

WING ("Yan"), collectively the "Parties hereto", as follows:

    1.      Following the issuance of this Court's May 1, 2006, Order of Default Judgment

against defendants GKO & ASSOCIATES, INC., GKO Consulting Engineers, Inc. and

JAMES WINZLER (hereafter "the defaulted Defendants")[1], the Secretary and Defendants Okamitsu and Yan have continued to engage in settlement efforts, and have recently achieved agreement on all issues in dispute between them.

2.      The settlement negotiations could not be concluded without updated financial information about the GKO & Associates 401(K) Savings and Profit Sharing Plan (the "Plan").   This financial updating had to be performed by Thomas Dillon following his May 1, 2006 appointment by the Court as the Plan's Independent Fiduciary.

3.      In addition, the Secretary has been actively engaged in attempting to collect the moneys held owing to the Plan by the defaulted Defendants, including from real property in Hawaii owned by Defendant Winzler which is currently the subject of a state court order of sale in foreclosure litigation.

4.      The parties hereto have now reached a settlement in principle, resolving all of the Secretary's claims against Defendants Yan and Okamitsu.

5.       The parties hereto are in the process of finalizing the necessary settlement documents to memorialize this agreement, and obtaining the approval of the Independent Fiduciary thereto.

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

---

[1]  None of the defaulted Defendants are parties to this Stipulation.

6.      Accordingly, the parties hereto therefore seek to continue until December 15, 2006 the Case Management Conference currently scheduled for October 27, 2006, as well as all related deadlines and any other applicable litigation deadlines, including the requirement for filing of a Joint Case Management report.  Such a continuance would permit the parties to finalize and file with the Court no later than November 28th, 2006 a proposed Consent Judgment which is acceptable to the Plan's Independent Fiduciary and which would resolve all outstanding litigation in this matter.

**FOR DEFENDANTS**
**GREGG OKAMITSU and**
**YAN KAM-WING:**

Dated: October  20th, 2006

_____
DOUGLAS MURKEN, Counsel for defendants
GREGG OKAMITSU and YAN KAM-WING

**FOR PLAINTIFF:**

Dated: October 20th, 2006           _/s/ Jan.Coplick_____
JAN M. COPLICK, Counsel for plaintiff ELAINE
L. CHAO, Secretary of Labor, U.S. Department of
Labor

The Case Management Conference in this matter shall be continued until December 15, 2006, to permit Plaintiff SECRETARY OF LABOR ELAINE CHAO, defendants GREGG OKAMITSU and YAN KAM-WING to file a Consent Judgment with this Court no later than November 28th, 2006.  All other deadlines shall be continued accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __October 23_____. 200_6

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE