1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   ELAINE CHAO,
10          Plaintiff,                    No. C 05-02202 JSW
11      v.                                **ORDER RE CORRESPONDENCE**
12   GKO & ASSOCIATES, INC. ET AL,
13          Defendant.
14   _____/
15          On May 5, 2009, the Court received a letter from Hugo Zarate.  The Court HEREBY
16   ORDERS a response from Plaintiff by no later than July 2, 2009.
17          **IT IS SO ORDERED.**
18
19   Dated: June 12, 2009                  _____
20                                         JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California